

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00504-CR

Cristian **JAIMES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 4, Tarrant County, Texas
Trial Court No. 1255122D
The Honorable Michael Thomas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's counsel is GRANTED, and the judgment of the trial court is AFFIRMED.

SIGNED April 10, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice